Date of Arrest: **12/11**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Jose Jesus TINOCO-Garcia<br>AKA: None Known<br>098930993<br>YOB: 1980<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 20-1534 MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about December 11, 2020 Defendant Jose Jesus TINOCO-Garcia, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Calexico, California, on or about May 30, 2007. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Louie Uhl
JWL for LCU

_____
Signature of Complainant
Jarrett Venters
Border Patrol Agent

Sworn to before me and subscribed telephonically,

December 14, 2020      at      Yuma, Arizona
Date                              City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Jose Jesus TINOCO-Garcia
AKA: None Known
098930993

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about December 11, 2020, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near El Centro, California on or about March 20, 2006. The Defendant has been removed on 3 previous occasions. The Defendant was most recently removed on or about May 30, 2007, through the port of Calexico, California, subsequent to a conviction in a Superior Court, State of California, County of Sacramento, on or about June 28, 2005, for the crime of DUI Alcohol/Drugs w/Priors (23152(a) VC), a felony.

Agents determined that on or about December 09, 2020, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Juan Hernandez, Luis Mercado-Rodriguez, and Hieu Thong.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Daniel Herrera.

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____December 14, 2020_____
Date

_____
Signature of Judicial Officer

-2-

## *Probable Cause Statement*

I, Border Patrol Agent Jarrett Venters, declare under penalty of perjury, the following is true and correct:

Defendant: **Jose Jesus TINOCO-Garcia**

Dependents: None

**IMMIGRATION HISTORY:** The Defendant has been removed a total of three (3) times.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 12/03/2001 | Sacramento, California | DUI Alcohol/.08% (23152(b) VC) | 10 days jail; 3 years probation |
| 06/06/2005 | Sacramento, California | DUI Alcohol/.08% (23152(b) VC) | 180 days jail; 5 years probation |
| 06/28/2005 | Sacramento, California | DUI Alcohol/ drugs w/priors (23152(a) VC) | 16 months prison; fine SS; restn |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about December 11, 2020, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near El Centro, California on or about March 20, 2006. The Defendant has been removed on 3 previous occasions. The Defendant was most recently removed on or about May 30, 2007, through the port of Calexico, California, subsequent to a conviction in a Superior Court, State of California, County of Sacramento, on or about June 28, 2005, for the crime of DUI Alcohol/Drugs w/Priors (23152(a) VC), a felony.

Agents determined that on or about December 09, 2020, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Juan Hernandez, Luis Mercado-Rodriguez, and Hieu Thong.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Daniel Herrera.

Executed on: December 12, 2020     Time: 07:48 AM MST

Signed: **Jarrett Venters, Border Patrol Agent**